# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-mj-07001-CBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHENIQUAH HENRY,

    Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

On August 6, 2012, the probation officer submitted a Memorandum for Early Termination of Probation in this case. The defendant has fulfilled all conditions of her supervision and in the interest of justice, the probation office is requesting that supervision in this case be terminated. The United States has been notified of this memorandum and concur with its contents. Accordingly it is

**ORDERED** that the defendant be discharged from supervision and that the proceedings in the case be terminated.

**DATED** at Denver, Colorado, this 15th day of August, 2012.

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge